Neilon, Appellant, *v.* U. S. Fidelity & Guaranty Co.

Argued March 20, 1969. *Charles F. Quinn,* with him *Sheer & Mazzocone,* for appellant; *Richard D. Harburg,* with him *Swartz, Campbell & Detweiler,* for appellees.

Order affirmed.

Payne (et al., Appellants), *v.* Ross.

Before KELLEY, J., without a jury.

Argued March 21, 1969. *Gordon Gelfond,* with him *Freedman, Borowsky & Lorry,* for appellants; *George P. Williams, III,* with him *Schnader, Harrison, Segal & Lewis,* for appellees.

Order affirmed.

Persiani *v.* McErlane, Appellant.

Before McDEVITT, III, P. J.

Argued March 19, 1969. *Joseph J. Murphy,* with him *Vincent C. Veldorale,* and *Murphy, Veldorale, Weisbord & Dougherty,* for appellant; *Jack J. Bernstein,* with him *B. Nathaniel Richter,* and *Richter, Lord, Toll, McCarty & Raynes,* for appellee.

Judgment affirmed.